IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

THOMAS ARLINE,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

     Appellant,

v.

CASE NO. 1D16-3641

STATE OF FLORIDA,

     Appellee.

_____/

Opinion filed August 1, 2017.

An appeal from the Circuit Court for Duval County.
Waddell A. Wallace, Judge.

Thomas Arline, pro se, for Appellant.

Pamela Jo Bondi, Attorney General, and Thomas H. Duffy, Assistant Attorney General, Tallahassee, for Appellee.

PER CURIAM.

     AFFIRMED.

LEWIS, ROBERTS, and BILBREY, JJ., CONCUR.